1

2

3

4

5

6

7        **IN THE UNITED STATES DISTRICT COURT**

8        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   DIRECTV, INC.,                                    CASE NO. CV-F-04-6534 AWI LJO

11                    Plaintiff,                       **ORDER RE DISPOSITIVE DOCUMENTS**
                                                       **AFTER NOTICE OF SETTLEMENT**

12        vs.

13   KEVIN KOKER,

14                    Defendant.
                                                    /

15

16        The parties have informed the Court that the above-captioned case has settled.  **In accordance**

17   **with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be**

18   **submitted no later than July 6, 2005.**

19        **All court dates** and any pending motions set in this matter are **VACATED**.

20        Failure to comply with this order may be grounds for the imposition of sanctions on any and all

21   counsel or parties who contributed to the violation of this order (see Local Rule 16-160 and Local Rule

22   16-272).

23   IT IS SO ORDERED.

24   **Dated:    May 9, 2005**                        _____/s/ Lawrence J. O'Neill_____
     b9ed48                                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                                   1