Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV-F-04-06534 AWI LJO |
| Plaintiff, | Hon. Anthony W. Ishii |
| vs. | **ORDER DISMISSING DEFENDANT KEVIN KOKER** |
| KEVIN KOKER, | |
| Defendant. | |

Having read the Notice of Voluntary Dismissal of Defendant KEVIN KOKER filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

This action is hereby dismissed without prejudice as against Defendant KEVIN KOKER;

Each party shall bear its/his own attorney's fees and costs incurred in this action to date.

IT IS SO ORDERED.

Dated:   July 11, 2005            /s/ Anthony W. Ishii

0m8i78              UNITED STATES DISTRICT JUDGE